KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants
Jay At Play International Hong Kong Limited
d/b/a Jay At Play And Jay Franco & Sons, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY AT PLAY INTERNATIONAL HONG KONG LIMITED d/b/a/ Jay At Play, a Hong Kong private limited company, JAY FRANCO & SONS, INC., A New York Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-07831-AB-MRWx<br><br>Honorable Andre Birotte Jr.<br><br>**DECLARATION OF ALAN SUTTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Alan Sutton, declare as follows:

1. I am over 21 years old and competent to testify to the facts set forth in this Declaration which are based upon my personal knowledge.

2. I have worked in sales and marketing in the toy business for 25 years.

3. During my time in the toy industry, I have worked for various toy companies, owned my own businesses, and licensed intellectual property.

4. I worked as a product manager developing plush toys for Happiness Express from 1994 to 1996.

5. From 1997 until 2015, I owned Outrageous International, which manufactured and distributed toys in 75 countries, advertised its own brands, and licensed intellectual property from entities such as Mattel and Disney.

6. From 2016 to the present, I have served as the Vice President of Global Sales and Operations for Jay At Play International Hong Kong Limited.

7. Since 2004, Jay At Play has been engaged in creating, licensing, manufacturing, distributing, and advertising children's toys in over 100 countries around the world.

8. Jay At Play's only physical presence in the United States of America is an office it utilizes in Boca Raton, Florida.

9. Jay At Play has no offices or staff in California, is not registered to do business in California, has no registered agent in California, and pays no California state taxes.

10. Jay At Play is not a division, subsidiary, or under the control of Jay Franco & Sons, Inc.

11. At present, Jay At Play and Jay Franco have common ownership.

12. Earlier this year, Jay At Play began selling MUSHMILLOWS.

13. MUSHMILLOWS are large plush items useable as fun pillows.

14. Jay At Play's sole customer for MUSHMILLOWS is Walmart.

15. Jay At Play delivers the goods to Walmart "FOB" Shanghai, meaning Walmart takes ownership of the MUSHMILLOWS as soon as Jay At Play delivers them to a warehouse in Shanghai.  (*See* Commercial Invoice and Packing List, attached hereto as Exhibit A; Import Purchase Order, attached hereto as Exhibit B.)

16. Walmart does not direct Jay At Play to ship to any particular warehouse, and has never directed Jay At Play to ship MUSHMILLOWS to a warehouse in California.

17. Jay At Play has not directly sold any MUSHMILLOWS in California.

18. Jay At Play does not advertise MUSHMILLOWS in California.

19. Jay At Play has not advertised MUSHMILLOWS on social media.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Dated: October 16, 2019

_____
Alan Sutton

# EXHIBIT A

```
Purchase Order: 5413938977                              WAL-MART STORES INC. USA                           Page: 1
         Status: ACTIVE                                                                       Print Date: 07/03/2019 04:41:04 By: TB1L
       Quote Id: 12895100            /\/\/\/\/\/\/\/\    IMPORT  PURCHASE  ORDER   /\/\/\/\/\/\/\/\    Create Date: 07/02/2019
    Buy Plan Id:         Buy Trip Id:                                                         Revised Date:              By:
Preclass Status: COMPLETE                                                          Preclass Approval Date: 07/01/2019    By: mjoh102

     Division: 12                      Ordering Buyer: MARISOL  VELEZ                    Credit Office: WGS SHANGHAI
   Department: 22                      Managing Buyer: MARISOL  VELEZ                 Logistics Office: WGS SHENZHEN
  Destination: UNITED STATES              Vendor Name: JAY AT PLAY INTERNATIONAL HONG KONG LIMITED   Creation Office: SUPPLIER QUOTE APPLICATION
  Host Vendor: 012090-220                   Class Type: B-DOMESTIC MANAGED
  VENDOR#:  28052336        BANK: 28052341       PRIMARY BENEFICIARY: 28052336 SECONDARY BENEFICIARY:      BUYING AGENT1: 832         BUYING AGENT2:
  .......................  .....................  .......................  .......................  ..................  ..................
  JAY AT PLAY INTERNATIONAL HO   STANDARD CHARTERED BANK   JAY AT PLAY INTERNATIONAL HO                WGS SHANGHAI
  SUITE 817 HOUSTON CENTRE       TRADE SERVICES CENTER     SUITE 817 HOUSTON CENTRE                    13/F, SHANGHAIMART
  63 MODY ROAD                   7/F., STANDARD CHARTERD TOWE 63 MODY ROAD                             2299 YANAN WEST ROAD
  TSIM SHA TSUI EAST             388 KWUN TONG ROAD        TSIM SHA TSUI EAST                          SHANGHAI SH 200336 CHINA
  KOWLOON                        KWUN TONG, KOWLOON  0000  KOWLOON
  HONG KONG 91 000000 CHINA      HONG KONG                 HONG KONG 91 000000 CHINA

Notes:                    General Comments
Acceptance Clause    This PO will be deemed as accepted unless the supplier notifies the managing office of any requested changes within ten calendar days from
                     the purchase order creation date. Also, Wal-Mart should not be held liable for any data entry errors in the PO.
Security             Supplier is responsible for factory & container security until such time as the container/merchandise is delivered to the ocean terminal,
                     authorized yard, or consolidation point. Immediately report container seal changes to the Origin Cargo Manager.

DESTINATION           VENDOR       MASTER   QUANTITY   TOTAL       TOTAL       TOTAL       TOTAL       TOTAL       TOTAL       TOTAL
                      SHIP DATE    CARTONS   (EA.)     VOLUME      WEIGHT      NET FIRST   LANDED      STORE       RETAIL      STORE GROSS
                      CANCEL DATE                      IN CBM      IN KGS.     COST        COST        COST        COST        MARGIN

HOUSTON FLOW          07/19/2019   2,085     62,550    915.2942    37530.00
                      07/26/2019                       32,323.3098(feet)
   Whse Ship Date: 08/30/2019                          Country of origin: CHINA            Place of Possession: SHANGHAI
   Whse Cancel Date: 09/06/2019                        Consolidator: EXPEDITORS                    Incoterm: FOB
   Loading Port: SHANGHAI                              Deconsolidator:                               Season: Fall 2019
   Discharge Port:                                     Broker: EXPEDITORS                        Event(Date): ECFEATWK34(09/16/2019)
   Entry Port:                                         Storage Facility:                       In Store Date: 09/09/2019
   Transport Mode: OCEAN                               In Storage Date:                             WMT Week: 33
   Warehouse Nmbr: 00000                               Storage Day Count:                                OTB: 2019/9
   PO Type: 43                                         Payment Ref:                                  Sample: N
   Purchase Order: 5413938977                          Payment Method: Open Account - Cargo Receipt  Business Format: WALMART/SC
   Container Size: 40' - DRY                           Net Days Due: 90                    Total Store Cost w/9 FF:
                                                       Ship Nbr: 4                         Total Store Gross Margin w/9 FF:
```

FACTORY:



Ship Comments:
---------------
Wal-Mart type (POCO)         MASS PRODUCTION TESTING REQUIRED
                             PRE-PRODUCTION TESTING REQUIRED
                             US$2,000,000 PLI REQUIRED
                             FACTORY CERTIFICATION REQUIRED
                             BARCODE LABEL REQUIRED ON EXPORT CARTONS

(14) - 7140103591 18

```
Purchase Order: 5413938977                          WAL-MART STORES, USA                          Page: 1
        Status: ACTIVE                                                              Print Date: 07/03/2019 04:45:04  By: TB1L
      Quote Id: 12895100              /\/\/\/\/\/\/\/\  IMPORT PURCHASE ORDER /\/\/\/\/\/\/\/\   Create Date: 07/02/2019
   Buy Plan Id:          Buy Trip Id:                                               Revised Date:              By:
Preclass Status: COMPLETE                                                  Preclass Approval Date: 07/01/2019  By: mjoh102

PRODUCT: MUSHMILLOWS ASSORTMENT ENDCAP                        PRODUCT #: 1
PRODUCT CLASSIFICATION: 100% POLYESTER
Customs program Type: DEFAULT CUSTOMS VALUE

TARIFF#         CUSTOMS DESCRIPTION

9503.00.00.71   "CHLD PROD" DEFINED IN 15 U.S.C. 2025: OTH THAN INFLATABLE BALLS, ETC.; UNDER 3 YRS
   COMMON NAME: TOYS
   MATERIAL DESC: 100% POLYESTER
   100.0000%  POLYESTER
                                CLASSIFIER TYPE: VENDOR           ORIGIN COUNTRY: CN    QUOTA CATG:           VISA NUMBER:
   DUTY TYPE: REGULAR       DUTY%:  0.00% DUTY VALUE: 4.7964                DUTY WGT: 0.5300(KG)   DUTY/KG: 0.0000
              DUTIABLE:Y                                                    DUTY QTY: 1.0000(EA)   DUTY/EA: 0.0000
   HQ RULING NUMBER:                        PORT RULING NUMBER:                        ENTRY NUMBER:
   Comments: SIPR MAJ MAY 20 2019

9503.00.00.71   "CHLD PROD" DEFINED IN 15 U.S.C. 2025: OTH THAN INFLATABLE BALLS, ETC.; UNDER 3 YRS
   COMMON NAME: TOYS
   MATERIAL DESC: 100% POLYESTER
   100.0000%  POLYESTER
                                CLASSIFIER TYPE: WALMART          ORIGIN COUNTRY: CN    QUOTA CATG:           VISA NUMBER:
   DUTY TYPE: REGULAR       DUTY%:  0.00% DUTY VALUE: 4.7964                DUTY WGT: 0.5300(KG)   DUTY/KG: 0.0000
              DUTIABLE:Y                                                    DUTY QTY: 1.0000(EA)   DUTY/EA: 0.0000
   HQ RULING NUMBER:                        PORT RULING NUMBER:                        ENTRY NUMBER:
   Comments: SIPR MAJ MAY 20 2019

Pack Description: MUSHMILLOWS ASSORTMENT ENDCAP           FINELINE:7537    Pack #: 1                                   USD
   Product Desc1: MUSHMILLOWS ASSORTMENT ENDCAP                                            FIRST COST
   Product Desc2:                                                             Defective Allowance %      .90%
   Patent Info:                                                           Vendor Paid Freight (old FOB C
                                                                                      NET FIRST COST
              VENDOR PACK   WAREHOUSE PACK   INTERIOR PACK    Old Qs Nbr: 001-3730816-01        Duty Amount
              -----------   --------------   -------------    Inspection Code:                  STORE COST
Pack Type:    CARTON(S)     CARTON(S)                         Product #:                          MARKUP%
Qty (ea):        30            30                             Each Wgt:           STORE COST w/ Freight Factor
Pack Cost:                                                    Net Wgt:            MARKUP%-Freight Factor Applied
Cubic Meter:    0.43899       0.43899                         Net Net Wgt:                          RETAIL
Cubic Feet:    15.50279      15.50279                         Modular Length:
Weight KGS:    18.00000      18.00000                         Modular Width:
Weight LBS:    39.68321      39.68321                         Modular Height:
Pack Length:  123.000       123.000                           Case UPC:  84006027249
Pack Width:    43.000        43.000                           Pallet Ti:
Pack Height:   83.000        83.000                           Pallet Hi:

Item (L x W x H):  0.998    0.998    0.998                    HANG TAG : VENDOR LABELING
                                                              HANG TAG : MUSHMILLOWS

Total Cartons per Line: 2085
   Quoted each Cost: 4.8400
```

Wal-Mart Confidential

```
Purchase Order: 5413938977                      WAL-MART STORES, USA                    Page: 3
         Status: ACTIVE                                                          Print Date: 07/03/2019 04:41:04 By: TB1L
       Quote Id: 12895100          /\/\/\/\/\/\/\   IMPORT PURCHASE ORDER   /\/\/\/\/\/\/\   Create Date: 07/02/2019
    Buy Plan Id:         Buy Trip Id:                                                       Revised Date:         By:
Preclass Status: COMPLETE                                                        Preclass Approval Date: 07/01/2019      By: mjoh102

  Assortment Id: 576180123
        Case Id:
   Vendor Stock: 7249
Assortment Ind: Single Product Assortment , Type: Different Item

                              QUANTITY    ITEM NBR                      MFG STOCK NBR         PRODUCT NBR         UPC NBR
                      VNDR STK NBR     ITEM DESCRIPTION1             ITEM DESCRIPTION2                         TICKET DESCRIPTION
                      UPC DESCRIPTION       SIGNING DESCRIPTION         UOM QTY     UOM CODE

                                   3   576180116                                              0000054352988      0840060272524
                      7252             SLOTH MUSHMLW                 NULL
                          SLOTH MUSH              BROWN SLOTH            1.0000     EA
                                   9   576180117                                              0000054352984      0840060272531
                      7253             UNICORN MUSHMLW               NULL
                          UNICORN MUSH            PURPLE UNICORN         1.0000     EA
                                   3   576180118                                              0000054352989      0840060272548
                      7254             DRAGON MUSHMLW                NULL
                          DRAGON MUSH             GREEN DRAGON           1.0000     EA
                                   6   576180119                                              0000054352987      0840060272555
                      7255             KITTY MUSHMLW                 NULL
                          KITTY MUSH              BLUE CAT               1.0000     EA
                                   4   576180120                                              0000054352985      0840060272579
                      7257             DOG MUSHMLW                   NULL
                          DOG MUSH                BROWN PUG              1.0000     EA
                                   5   576180121                                              0000054352986      0840060272586
                      7258             PIRATE MUSHMLW                NULL
                          PIRATE MUSH             YELLOW PIRATE          1.0000     EA

PACK COMMENTS:          GENERAL COMMENTS:
Vendor type (PICO)         1) Product description & content detail: 7249 - MUSHMILLOWS ASSORTMENT ENDCAP
                         2) Age grade on packaging: 0+
                         3) Batteries Required Y/N? NO
                         4) WERCS ID Number: N/A
                         5) Special document required: N/A
                         - US$2,000,000 PLI Required
                         - For non-private labelitems, no carton banner is required.
                         - Each with hangtag printed with vendor stock, UPC, C/O and U.S. address dealership.
                         - On packaging, C/O must be positioned next to dealership and the size of fonts must be all the same or C/O the larger.
                         - Countryof origin must be shown on product.
                         - Random assortment is allowed.
                         - Type B supplier: Pass BV final inspection required.  Supplier approval sample is only valid along with buyer approval email.
Letter of Credit           MUSHMILLOWS ASSORTMENT ENDCAP

PACK FACTORY:
```



Wal-Mart Confidential

# EXHIBIT B

# JAY AT PLAY INTERNATIONAL HONG KONG LIMITED

SUITE 817 HOUSTON CENTRE, 63 MODY ROAD, TSIM SHA TSUI EAST, KOWLOON
HONG KONG, CN

## COMMERCIAL INVOICE AND PACKING LIST

PAGE 1 OF 4

| | | |
|---|---|---|
| SOLD TO: | INVOICE # | 190391 |
| WALMART INC. | COUNTRY OF CONSIGNEE: | US |
| 601 N. WALTON BLVD | VESSEL NAME: | |
| BENTONVILLE | SHIPMENT INCOTERMS RULE: | FOB |
| AR | DEPARTURE/CARGO RECEIVED DATE: | 2019-07-22 |
| US | COUNTRY OF DESTINATION: | US |
| 72716 | FROM: (PORT/PLACE OF LOADING) | SHANGHAI |

| | |
|---|---|
| DATE: | 2019-07-24 |
| VOYAGE/FLIGHT # | |
| TRANSPORT MODE: | OCEAN |
| NAMED PLACE: | SHANGHAI |
| COUNTRY OF LOADING: | CN |
| COUNTRY OF ORIGIN: | CN |
| TO: (FINAL DESTINATION IN THE PO) | HOUSTON FLOW |

SHIPPER:
EXPORTER:
OTHER INFORMATION: OPEN AC AT 90 DAYS AFTER THE CARGO RECEIVED DATE
STANDARD CHARTERED BANK (HONG KONG) LIMITED
REF. NO. 714010359218-GP

| SHIPPING MARKS | PO #, DEPT. #, ASSORTMENT/ITEM #, COMMERCIAL BRAND & DETAILED DESCRIPTION AS PER PO | WHSE PACK (PCS) | VNDR PACK (PCS) | TOTAL VNDR PACKS / VNDR PACK TYPE | TOTAL UNITS | WEIGHT (KG) | | | | PACK PRICE (US$) | AMOUNT IN US$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | NET VNDR PACK | NET TOTAL | GROSS VNDR PACK | GROSS TOTAL | | |
| To US Case ID<br>Dept # 22<br>Item # 576180123<br>Supplier STK # 7249 | PO # 5413938977<br>PO TYPE: IMPORT DISTRIBUTION<br>DEPARTMENT # 22<br>ASSORTMENT # 576180123<br><br>PRODUCT DESCRIPTION: MUSHMILLOWS ASSORTMENT ENDCAP<br>ADDITIONAL PRODUCT DESCRIPTION:<br><br>VENDOR STK # 7249<br>ITEM # 576180121<br>VNDR # 7258<br>UPC # 840060272586<br>UPC DESCRIPTION: PIRATE MUSH<br><br>COMPONENT DETAILS:<br>COMMON NAME: TOYS<br>BREAKDOWN: | 30 | 30 | 2085 CARTON(S) | 62550<br><br><br><br><br>5 | 14.0000 | 29190.0000 | 18.8000 | 39198.0000 | ■■■<br><br><br><br><br>■■■ | ■■■ |

| SHIPPING MARKS | PO #, DEPT. #, ASSORTMENT/ITEM #, COMMERCIAL BRAND & DETAILED DESCRIPTION AS PER PO | WHSE PACK (PCS) | VNDR PACK (PCS) | TOTAL VNDR PACKS | TOTAL UNITS | WEIGHT (KG) | | | | PACK PRICE (US$) | AMOUNT IN US$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VNDR PACK TYPE | | NET VNDR PACK | NET TOTAL | GROSS VNDR PACK | GROSS TOTAL | | |
| | POLYESTER - 100% VALUE: 4.7964 | | | | | | | | | | |
| | ITEM # 576180119 VNDR # 7255 UPC # 840060272555 UPC DESCRIPTION: KITTY MUSH | | 6 | | | | | | | ▮ | |
| | COMPONENT DETAILS: COMMON NAME: TOYS BREAKDOWN: POLYESTER - 100% VALUE: 4.7964 | | | | | | | | | | |
| | ITEM # 576180117 VNDR # 7253 UPC # 840060272531 UPC DESCRIPTION: UNICORN MUSH | | 9 | | | | | | | ▮ | |
| | COMPONENT DETAILS: COMMON NAME: TOYS BREAKDOWN: POLYESTER - 100% VALUE: 4.7964 | | | | | | | | | | |
| | ITEM # 576180120 VNDR # 7257 UPC # 840060272579 UPC DESCRIPTION: DOG MUSH | | 4 | | | | | | | ▮ | |
| | COMPONENT DETAILS: COMMON NAME: TOYS BREAKDOWN: POLYESTER - 100% VALUE: 4.7964 | | | | | | | | | | |
| | ITEM # 576180118 VNDR # 7254 UPC # 840060272548 UPC DESCRIPTION: DRAGON MUSH | | 3 | | | | | | | ▮ | |
| | COMPONENT DETAILS: COMMON NAME: TOYS BREAKDOWN: POLYESTER - 100% VALUE: 4.7964 | | | | | | | | | | |

| SOLD TO: WALMART INC. | | INVOICE # 190391 | | | DATE: 07/24/2019 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHIPPING MARKS | PO #, DEPT. #, ASSORTMENT/ITEM #, COMMERCIAL BRAND & DETAILED DESCRIPTION AS PER PO | WHSE PACK (PCS) | VNDR PACK (PCS) | TOTAL VNDR PACKS | TOTAL UNITS | WEIGHT (KG) | | | PACK PRICE (US$) | AMOUNT IN US$ |
| | | | | VNDR PACK TYPE | | NET VNDR PACK | NET TOTAL | GROSS VNDR PACK | GROSS TOTAL | |
| | ITEM # 576180116 VNDR # 7252 UPC # 840060272524 UPC DESCRIPTION: SLOTH MUSH COMPONENT DETAILS: COMMON NAME: TOYS BREAKDOWN: POLYESTER - 100% VALUE: 4.7964 ASSEMBLY MANUFACTURER: NAME: ▇▇▇▇▇▇ ADDRESS: ▇▇▇▇▇▇ ▇▇▇▇ | | | 3 | | | | | | |
| | INVOICE TOTAL | 30 | 30 | 2085 | 62550 | 29190.0000 | | 39198.0000 | | 300014.82 |

INVOICE TOTAL VALUE IN US DOLLARS THREE HUNDRED THOUSAND AND FOURTEEN AND CENTS EIGHTY TWO

DESCRIPTION, ORIGIN, QUANTITY, COST OF ANY FREE SUPPLIED PART(S):

N/A

OTHER INFORMATION (IF REQUIRED):

THIS SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIALS.

WE CERTIFYING THAT MERCHANDISE OF EACH PURCHASE ORDER IS SHIPPED COMPLETED AND

(A) THAT PRODUCT(S) FROM SUPPLIERS/FACTORIES WERE NOT MINED, PRODUCED,
    MANUFACTURED, ASSEMBLED OR PACKAGED BY THE USE OF EITHER FORCED LABOR,
    PRISON LABOR, OR CHILD LABOR AS DEFINED BY U.S.A. LAWS OR AS DEFINED BY
    THE RESPECTIVE LAWS OF THAT COUNTRY.

(B) THAT PRODUCT(S) FROM SUPPLIERS/FACTORIES DO NOT INVOLVE TRANSHIPMENTS OF
    MERCHANDISE FOR THE PURPOSE OF MISLABELING, EVADING QUOTA OR COUNTRY OF
    ORIGIN RESTRICTIONS OR AVOIDING COMPLIANCE WITH FORCED LABOR, PRISON
    LABOR OR CHILD LABOR LAWS.

SHIPPING DEPT